**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
LEON DUNCAN,

                      **Petitioner,**                                  03 CV 6218 (NG)(SMG)

   - against -

                                                         **ORDER**

BRIAN FISCHER,

                      **Respondent.**
------------------------------------------------------------x

GERSHON, United States District Judge:

        In a Report and Recommendation dated November 3, 2005, the Honorable Steven M. Gold has recommended denial of this petition for a writ of habeas corpus. Petitioner has filed objections which I find to be without merit. Magistrate Judge Gold's report is adopted in its entirety, as I agree fully with his well-reasoned analysis.

        Petitioner's application for a writ of habeas corpus is denied. As petitioner has failed to make a substantial showing of the denial of a constitutional right, a certificate of appealability is denied pursuant to 28 U.S.C. § 2253(c). Moreover, the court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that *in forma pauperis status* is denied for the purpose of an appeal. The Clerk of Court is directed to enter judgment in accordance with this order.

                                    **SO ORDERED.**

                                  **/s/ Nina Gershon**
                                  **NINA GERSHON**
                                  **United States District Judge**

**Dated: January 19, 2006**
         **Brooklyn, New York**